B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**North Jersey Community Coordinated Child Care Agency, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Michael's Energy Factory Childcare Center; FDBA Barney's Education Center** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**22-1929795** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**59 Spruce Street**<br>**aka 101 Oliver Street**<br>**Paterson, NJ**           ZIP Code **07501** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Passaic** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

B1 (Official Form 1)(04/13)     Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | North Jersey Community Coordinated Child Care Agency, Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
    Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

- ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

- ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
- ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
- ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **North Jersey Community Coordinated Child Care Agency, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _/s/ signature_ <br> Signature of Attorney for Debtor(s) <br> **Sam Della Fera, Jr.** <br> Printed Name of Attorney for Debtor(s) <br> **Trenk, DiPasquale, Della Fera & Sodono, P.C.** <br> Firm Name <br> **347 Mount Pleasant Avenue** <br> **Suite 300** <br> **West Orange, NJ 07052** <br> Address <br><br> **973-243-8600  Fax: 973-243-8677** <br> Telephone Number <br> **May 20, 2014** <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _/s/ signature_ <br> Signature of Authorized Individual <br> **Michael Lillo** <br> Printed Name of Authorized Individual <br> **Chairman** <br> Title of Authorized Individual <br> **May 20, 2014** <br> Date | |

# RESOLUTIONS OF BOARD OF DIRECTORS OF
# NORTH JERSEY COMMUNITY COORDINATED CHILD CARE AGENCY, INC.

I hereby certify that at a special meeting of the Board of Directors of North Jersey Community Child Care Agency, Inc. d/b/a Michael's Energy Factory (the "Corporation"), held on April 2, 2014, the following Resolutions were proposed and unanimously adopted by all Directors present:

**RESOLVED**, that the directors, executives, agents and/or employees of the Corporation, in view of its financial condition, be and are hereby authorized and directed on behalf of the Corporation, to file a petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), and retain the services of counsel and other professionals, as necessary, for the purposes of preparing, filing, and prosecuting a petition under Chapter 11, and to take all steps necessary and related thereto; and that Michael Lillo is hereby authorized to execute the Petition and any other pleadings or documents they deem necessary in connection with the Corporation's Chapter 11 case; and it is further

**RESOLVED**, that the directors, executives, agents and/or employees of the Corporation be, and each of them hereby is, authorized and directed in the name and on behalf of the Corporation, to prepare, execute, issue, deliver and/or file any and all such further agreements, certificates, instruments, letters and pleadings and other documents, and to perform any and all such acts, as they may deem necessary or desirable to effectuate fully the foregoing Resolution.

In certification hereof, I do set my hand and seal this 21 day of April 2014.

North Jersey Community Coordinated
Child Care Agency, Inc.

By: _____
Michael Lillo
Chairman

4817-8969-5258, v. 1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re  **North Jersey Community Coordinated Child Care Agency, Inc.**         Case No. _____
                                                    Debtor(s)                  Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Paterson Public Schools Accounting Department 90 Delaware Avenue Fourth Floor Paterson, NJ 07503 | Paterson Public Schools Accounting Department 90 Delaware Avenue Paterson, NJ 07503 | Trade Debt | | 424,182.00 |
| Teschon Riccobene & Siss P.A. 327 Godwin Avenue Midland Park, NJ 07432 | Teschon Riccobene & Siss P.A. 327 Godwin Avenue Midland Park, NJ 07432 | Legal Fees | | 69,818.76 |
| Simontacchi Miller & DeAngelis 170 East Main Street Rockaway, NJ 07866 | Simontacchi Miller & DeAngelis 170 East Main Street Rockaway, NJ 07866 | Audit Fees | | 60,220.00 |
| Horizon Blue Cross Blue Shield PO Box 1738 Newark, NJ 07101-1738 | Horizon Blue Cross Blue Shield PO Box 1738 Newark, NJ 07101-1738 | Employee Benefits Contribution | | 29,623.75 |
| PSE&G PO Box 14106 New Brunswick, NJ 08906-4106 | PSE&G PO Box 14106 New Brunswick, NJ 08906-4106 | Utilities - Gas and Electric Services at 55 Main Street, Paterson, New Jersey | | 28,791.73 |
| United Sales USA Corp. 250 44th Street Brooklyn, NY 11232 | United Sales USA Corp. 250 44th Street Brooklyn, NY 11232 | Cleaning and Food Supplies | | 21,963.44 |
| Aetna, Inc. PO Box 804735 Chicago, IL 60680-4180 | Aetna, Inc. PO Box 804735 Chicago, IL 60680-4180 | Employee Benefits Contribution | | 21,839.37 |
| Closeout Solutions, LLC Attn. Morton R. Covitz, Esq. 400 Sylvan Avenue Englewood Cliffs, NJ 07632 | Closeout Solutions, LLC Attn. Morton R. Covitz, Esq. 400 Sylvan Avenue Englewood Cliffs, NJ 07632 | Reimbursement for property taxes paid for 55 Main Street, Paterson, New Jersey | | 19,381.48 |
| North Jersey Friendship House 125 Atlantic Street Hackensack, NJ 07601 | North Jersey Friendship House 125 Atlantic Street Hackensack, NJ 07601 | Student Meals | | 14,572.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   North Jersey Community Coordinated Child Care Agency, Inc.
                            Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bertone Piccini, LLP<br>777 Terrace Avenue, Suite 201<br>Hasbrouck Heights, NJ 07604 | Bertone Piccini, LLP<br>777 Terrace Avenue, Suite 201<br>Hasbrouck Heights, NJ 07604 | Legal Fees | | 12,417.50 |
| KBK Multi Services<br>266 Edmund Avenue<br>Paterson, NJ 07502 | KBK Multi Services<br>266 Edmund Avenue<br>Paterson, NJ 07502 | Maintenance | | 10,050.00 |
| PSE&G<br>PO Box 14444<br>New Brunswick, NJ 08906-4444 | PSE&G<br>PO Box 14444<br>New Brunswick, NJ 08906-4444 | Utilities - Gas and Electric Sevices at 101 Oliver Street, Paterson, New Jersey | | 9,228.85 |
| Amtrust North America, Inc.<br>PO Box 318004<br>Cleveland, OH 44131-8004 | Amtrust North America, Inc.<br>PO Box 318004<br>Cleveland, OH 44131-8004 | Insurance Premiums | | 6,422.00 |
| Joseph A. Pojanowski, III, Esq.<br>Attn. Bertone Piccini, LLP<br>777 Terrace Avenue, Suite 201<br>Hasbrouck Heights, NJ 07604 | Joseph A. Pojanowski, III, Esq.<br>Attn. Bertone Piccini, LLP<br>777 Terrace Avenue, Suite 201<br>Hasbrouck Heights, NJ 07604 | Legal Fees | | 6,335.00 |
| Driscoll Foods<br>174 Delawanna Avenue<br>Clifton, NJ 07014 | Driscoll Foods<br>174 Delawanna Avenue<br>Clifton, NJ 07014 | Student Meals | | 6,267.04 |
| Advance Land Management<br>48 Old Jacksonville Road<br>Towaco, NJ 07082 | Advance Land Management<br>48 Old Jacksonville Road<br>Towaco, NJ 07082 | Maintenance | | 5,850.00 |
| J M Sorge, Inc.<br>Environmental Consultants<br>57 Fourth Street<br>Somerville, NJ 08876 | J M Sorge, Inc.<br>Environmental Consultants<br>57 Fourth Street<br>Somerville, NJ 08876 | Maintenance | | 5,289.49 |
| Markel Insurance Company<br>PO Box 79652<br>Baltimore, MD 21279-0652 | Markel Insurance Company<br>PO Box 79652<br>Baltimore, MD 21279-0652 | Insurance Premiums | | 4,084.00 |
| Paychex, Inc.<br>Paychex LOC 76<br>Department 7101<br>Carol Stream, IL 60122-7101 | Paychex, Inc.<br>Paychex LOC 76<br>Department 7101<br>Carol Stream, IL 60122-7101 | Payroll Service Fees | | 3,206.60 |
| Canon Financial Services<br>14904 Collections Center Drive<br>Chicago, IL 60693-0149 | Canon Financial Services<br>14904 Collections Center Drive<br>Chicago, IL 60693-0149 | Copier Lease | | 3,125.42 |

B4 (Official Form 4) (12/07) - Cont.

In re   **North Jersey Community Coordinated Child Care Agency, Inc.**                                    Case No. _____
                               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chairman of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 20, 2014**                    Signature  _/s/ Michael Lillo_
                                                     Michael Lillo
                                                     Chairman

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Advance Land Management
48 Old Jacksonville Road
Towaco, NJ 07082


Aetna, Inc.
PO Box 804735
Chicago, IL 60680-4180


Amtrust North America, Inc.
PO Box 318004
Cleveland, OH 44131-8004


Bertone Piccini, LLP
777 Terrace Avenue, Suite 201
Hasbrouck Heights, NJ 07604


Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693-0149


Closeout Solutions, LLC
Attn. Morton R. Covitz, Esq.
400 Sylvan Avenue
Englewood Cliffs, NJ 07632


Driscoll Foods
174 Delawanna Avenue
Clifton, NJ 07014


Horizon Blue Cross Blue Shield
PO Box 1738
Newark, NJ 07101-1738


J M Sorge, Inc.
Environmental Consultants
57 Fourth Street
Somerville, NJ 08876

Joseph A. Pojanowski, III, Esq.
Attn. Bertone Piccini, LLP
777 Terrace Avenue, Suite 201
Hasbrouck Heights, NJ 07604


KBK Multi Services
266 Edmund Avenue
Paterson, NJ 07502


Markel Insurance Company
PO Box 79652
Baltimore, MD 21279-0652


North Jersey Friendship House
125 Atlantic Street
Hackensack, NJ 07601


PSE&G
PO Box 14106
New Brunswick, NJ 08906-4106


PSE&G
PO Box 14444
New Brunswick, NJ 08906-4444


Paterson Public Schools
Accounting Department
90 Delaware Avenue
Fourth Floor
Paterson, NJ 07503


Paychex, Inc.
Paychex LOC 76
Department 7101
Carol Stream, IL 60122-7101

Simontacchi Miller & DeAngelis
170 East Main Street
Rockaway, NJ 07866


Teschon Riccobene & Siss P.A.
327 Godwin Avenue
Midland Park, NJ 07432


United Sales USA Corp.
250 44th Street
Brooklyn, NY 11232