**TRENK, DiPASQUALE,**
**DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Anthony Sodono, III
Sam Della Fera, Jr.
Joao F. Magalhaes
*Proposed Counsel to North Jersey Community*
*Coordinated Child Care Agency, Inc.,*
*Chapter 11 Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTH JERSEY COMMUNITY COORDINATED CHILD CARE AGENCY, INC., | Case No. 14-20256 (DHS) |
| Debtor. | Honorable Donald H. Steckroth |

**NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND**
**DISCLAIMER REGARDING DEBTOR'S SCHEDULES OF ASSETS**
**AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

On May 20, 2014 (the "Petition Date"), North Jersey Community Coordinated Child Care Agency, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of New Jersey. The Debtor is operating its business and managing its affairs as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

The Debtor, with the assistance of its legal advisors and other professionals, has prepared its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") pursuant to Section 521 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 1007.  These Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Notes and Disclaimers") pertain to all of the Schedules and the SOFA.  While the Debtor's management has made reasonable efforts to ensure that the Schedules and SOFA are accurate and complete based on information that was available to it at the time of preparation, subsequent information or discovery may result in changes to these Schedules and SOFA, and inadvertent errors or omissions may exist in the Schedules and SOFA.  Moreover, the Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment. Nothing contained in the Schedules or SOFA shall constitute a waiver of any of the Debtor's rights or an admission with respect to this Chapter 11 case including, without limitation, any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and any other applicable laws to recover assets

or avoid transfers.  These Notes and Disclaimers are incorporated by reference herein, and comprise an integral part of, the Schedules and SOFA, and should be referred to and reviewed in connection with any review of the Schedules and SOFA.  Nothing contained on the Schedules and SOFA shall waive any rights to assert that an alleged lease is a disguised security interest.

**Amendment.**  While reasonable efforts were made to file complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist.  The Debtor thus reserves the right to amend and/or supplement its Schedules and SOFA from time to time as may be necessary or appropriate.

**Dates.**  To the best of the Debtor's ability and knowledge, all asset information is listed as of the Petition Date and all liability information is listed as of the Petition Date.

**Basis of Presentation.**  The Schedules and SOFA do not purport to represent financial information or data prepared in accordance with U.S. Generally Accepted Accounting Principles. The Debtor reserves all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in its Schedules and SOFA.

**Causes of Action.**  Despite reasonable efforts to identify all known assets, the Debtor may not have identified or set forth all of its causes of action (filed or potential) as assets in the Schedules and SOFA.  Notwithstanding this, the Debtor reserves all of its rights with respect to any causes of action it may have, whether or not listed as assets in the Schedules and SOFA, and neither these Notes and Disclaimers nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

**Totals.**  All totals that are included in the Schedules and SOFA represent totals of all of the known amounts included on the Schedules and SOFA.  To the extent that there are unknown or undetermined amounts, the actual total may be different than the listed total, at times materially.

**Effect of "First Day" Orders on Scheduled Claim Amounts.**  The Debtor may seek certain authority from the Bankruptcy Court to honor and/or pay certain prepetition claims including, but not limited to, the authority to pay certain outstanding prepetition wages to employees and taxing authorities.  Consequently, certain prepetition fixed, liquidated and undisputed priority and general unsecured claims have been or may be paid under this authority. Given that the Schedules are required to reflect claims as of the Petition Date, obligations that have been satisfied under this authority are nonetheless listed in the Schedules.

**Current Market Value of Assets.**  Unless otherwise indicated, net book values are reflected in the Debtor's Schedules and SOFA.  For this reason, amounts ultimately realized may vary from net book value and such variance may be material.  Thus, unless otherwise noted, the Schedules and SOFA reflect the carrying value of the assets as recorded on the Debtor's books and are not based upon any estimate of its current market value unless so indicated.  Exceptions to this include operating cash, which is presented as bank balances as of the Petition Date. Certain other assets are listed as "Unknown" amounts because the net book values may materially differ from fair market value.  The amounts shown for assets and liabilities exclude items identified as "Unknown" and the Debtor's ultimate assets and liabilities may differ materially from those stated in the Schedules and SOFA.

**Claims Descriptions.**  Any failure to designate a claim on the Debtor's Schedules and SOFA as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor. The Debtor reserves the right to dispute any claims reflected on its Schedules or SOFA on any grounds, including to assert an offset or any defense to any claim reflected on the Schedules and/or SOFA with respect to, but not limited to, amount, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated."  The Debtor reserves the right to amend these Schedules and SOFA accordingly.

**Classifications.**  Listing a claim on (i) Schedule E as "priority" or (ii) Schedule F as "unsecured nonpriority," or listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract. In particular, the Debtor reserves the right to amend the Schedules and SOFA to recharacterize or reclassify any such contract or claim.

**Notes and Disclaimers Control.**  In the event the Schedules and SOFA differ from the foregoing Notes and Disclaimers, the Notes and Disclaimers shall control.

**Insiders.**   The Debtor has included in response to question 23 of the SOFA all withdrawals or distributions, if any, credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the Petition Date. Persons listed as "insiders" have been included for informational purposes only.  The Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under section 101(31) of the Bankruptcy Code or applicable law.

**Contingent Assets.**  The Debtor believes that it may possess certain claims and causes of action against various parties.  Additionally, the Debtor may possess contingent claims in the form of various avoidance actions it could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws.  The Debtor reserves all of its rights with respect to any claims, causes of action or avoidance actions it may have and nothing contained in these Notes and Disclaimers or the Schedules and SOFA shall be deemed a waiver of any such claims, avoidance actions or causes of action or in any way prejudice or impair the assertion of such claims.

**Recharacterization.**  The Debtor has made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SOFA correctly.  The Debtor, however, may have inadvertently characterized, classified, categorized or designated certain items mistakenly.  Thus, the Debtor reserves its rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFA at a later time as necessary or appropriate as additional information becomes available, including, but not limited to, whether contracts listed herein were executory as of the Petition Date or remain executory post-petition.

4816-0947-3307, v. 1

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### District of New Jersey

In re  **North Jersey Community Coordinated Child Care Agency, Inc.**

Debtor

Case No. **14-20256 (DHS)**

Chapter **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 3,200,000.00 | | |
| B - Personal Property | Yes | 4 | 295,786.40 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 976,967.86 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 6 | | 54,515.96 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 1,000,053.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 3,495,786.40 | | |
| Total Liabilities | | | | 2,031,536.82 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### District of New Jersey

In re  **North Jersey Community Coordinated Child Care Agency, Inc.**            Case No.   **14-20256 (DHS)**
                                                            Debtor

Chapter                         **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **North Jersey Community Coordinated Child Care Agency, Inc.**    Case No.    **14-20256 (DHS)**
_____,
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **59 Spruce Street aka 101 Oliver Street Paterson, NJ 07501** | | - | **3,200,000.00** | **826,967.86** |

|  |  |  |
|---|---|---|
| Sub-Total > | **3,200,000.00** | (Total of this page) |
| Total > | **3,200,000.00** | |

<u>  0  </u>    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **North Jersey Community Coordinated Child Care Agency, Inc.**                    ,   Case No.   **14-20256 (DHS)**
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Operating Account - Business Special Account No. ending 3073**<br>**City National Bank**<br>**125 Broadway**<br>**Paterson, NJ 07505** | - | 7,439.21 |
| | | **Payroll Account - Business Special Account No. ending 3065**<br>**City National Bank**<br>**125 Broadway**<br>**Paterson, NJ 07505** | - | 102,070.08 |
| | | **Reserve Account - Non Personal Money Market Account No. ending 7380**<br>**City National Bank**<br>**125 Broadway**<br>**Paterson, NJ 07505** | - | 50.00 |
| | | **Former Operating Account - Business Analysis Account No. ending 5775**<br>**TD Bank, N.A.**<br>**301 Main Street, Suite 200**<br>**Paterson, NJ 07505** | - | 107.83 |
| | | **HUBCO Loan Account - Business Convenience Checking Account No. ending 1974**<br>**TD Bank, N.A.**<br>**301 Main Street, Suite 200**<br>**Paterson, NJ 07505** | - | 44.94 |
| | | **Former Payroll Account - Business Analysis Account No. ending 5783**<br>**TD Bank, N.A.**<br>**301 Main Street, Suite 200**<br>**Paterson, NJ 07505** | - | 25.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

Sub-Total >        109,737.06
(Total of this page)

___**3**___   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re __North Jersey Community Coordinated Child Care Agency, Inc._____,    Case No. __14-20256 (DHS)_____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   __North Jersey Community Coordinated Child Care Agency, Inc.__                          ,    Case No.   __14-20256 (DHS)__
                                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16.  Accounts receivable. | | **State of New Jersey Department of Agriculture Health and Agriculture Building John Fitch Plaza Trenton, NJ 08625** | - | 26,454.54 |
| | | **State of New Jersey Department of Human Services PO Box 700 222 S. Warren Street Trenton, NJ 08625-0700** | - | 25,604.63 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | | **Child Care Center Temporary License issued by State of New Jersey, Department of Children and Families (Temporary license expires July 13, 2014 pending approval of renewal application for additional one-year period.)** | - | Unknown |

Sub-Total >     52,059.17
(Total of this page)

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **North Jersey Community Coordinated Child Care Agency, Inc.**                              ,          Case No.   **14-20256 (DHS)**
                                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Misc. donated furniture | - | 7,800.00 |
| | | Computer software | - | 3,700.00 |
| | | Computer equipment (approx. 50 computers) | - | 15,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Classroom materials and supplies | - | 20,000.00 |
| | | Classroom furniture and fixtures | - | 50,000.00 |
| | | Food supplies | - | 2,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Funds held in escrow | - | 3,768.00 |
| | | Prepaid expenses | - | 31,722.17 |

|  | Sub-Total > | 133,990.17 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 295,786.40 |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re __North Jersey Community Coordinated Child Care Agency, Inc.__     Case No. __14-20256 (DHS)__
<br>_____Debtor_____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | August 23, 2013 | | | | | |
| City National Bank of New Jersey 900 Broad Street Newark, NJ 07192 | | | - | | Line of Credit; UCC-1 <br><br> Personal property located at 59 Spruce Street, aka 101 Oliver Street, Paterson, NJ 07501 | | | X | | |
| | | | | | Value $     295,786.40 | | | | 150,000.00 | 0.00 |
| Account No. | | | | | August 1, 2013 | | | | | |
| Olson Restoration, LLC dba Servpro of Greater Boulder 697 S. Pierce Avenue Louisville, CO 80027 | | | - | | Collateral Mortgage Agreement <br><br> Personal property and real property located at 59 Spruce Street, aka 101 Oliver Street, Paterson, NJ 07501 | | | X | | |
| | | | | | Value $     3,200,000.00 | | | | 200,000.00 | 250,527.35 |
| Account No. | | | | | | | | | | |
| Connell Foley LLP Attn. Brendan Judge, Esq. The Atrium, Suite E 309 Morris Avenue Spring Lake, NJ 07762 | | | | | On behalf of: Olson Restoration, LLC | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | March 20, 2013 | | | | | |
| TD Bank, N.A. 1701 Route 70 East Cherry Hill, NJ 08034 | | | - | | First Mortgage Lien Position; Note and Forebearance Agreement; UCC-1 <br><br> Personal property and real property located at 59 Spruce Street, aka 101 Oliver Street, Paterson, NJ 07501 | | | | | |
| | | | | | Value $     3,200,000.00 | | | | 626,967.86 | 0.00 |
| __1__   continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 976,967.86 | 250,527.35 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **North Jersey Community Coordinated Child Care Agency, Inc.**    Case No.    **14-20256 (DHS)**
_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | | | | | | |
| **Meyner and Landis LLP** **Attn. William J. Fiore, Esq.** **One Gateway Center** **Suite 2500** **Newark, NJ 07102** | | | | | On behalf of: TD Bank, N.A. | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 976,967.86 | 250,527.35 |

B6E (Official Form 6E) (4/13)

In re   **North Jersey Community Coordinated Child Care Agency, Inc.**                          Case No.   **14-20256 (DHS)**
                                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**5**____  continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **North Jersey Community Coordinated Child Care Agency, Inc.**                    Case No.    **14-20256 (DHS)**
                                                                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx0865** <br><br> **Aetna, Inc.** <br> **PO Box 804735** <br> **Chicago, IL 60680-4180** | | - | **Employee Benefits Contribution** | | | | 21,839.37 | 0.00 <br><br> 21,839.37 | |
| Account No. <br><br> **All State Benefits** <br> **PO Box 678227** <br> **Dallas, TX 75267-8227** | | - | **Employee Benefits Contribution** | | | | 2,272.12 | 0.00 <br><br> 2,272.12 | |
| Account No. <br><br> **Group Health & Benefit Administration** <br> **PO Box 422** <br> **Worcester, MA 01613-9922** | | - | **Employee Benefits Contribution** | | | | 120.00 | 0.00 <br><br> 120.00 | |
| Account No. <br><br> **Horizon Blue Cross Blue Shield** <br> **PO Box 1738** <br> **Newark, NJ 07101-1738** | | - | **Employee Benefits Contribution** | | | | 29,623.75 | 0.00 <br><br> 29,623.75 | |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **5**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 53,855.24 | 53,855.24 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **North Jersey Community Coordinated Child Care Agency, Inc.**                    ,    Case No.    **14-20256 (DHS)**
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | For Notice Purposes Only | | | | | |
| **Assistant Attorney General Department of Justice - Tax Division Civil Trial Section, Eastern Region PO Box 227, Ben Franklin Station Washington, DC 20044** | - | | | | | | 0.00 | 0.00 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | |
| **Attorney General's Office State of New Jersey, Division of Law Richard J. Hughes Justice Complex 25 Market Street, PO Box 112 Trenton, NJ 08625-0112** | - | | | | | | 0.00 | 0.00 0.00 |
| Account No. | | | Utilities - Sewer Charges for 101 Oliver Street, Paterson, New Jersey | | | | | |
| **City of Paterson Revenue Collection Division City Hall Paterson, NJ 07505** | - | | | | | | 352.03 | 0.00 352.03 |
| Account No. | | | For Notice Purposes Only | | | | | |
| **Internal Revenue Service Special Procedures Branch Attn. Bankruptcy Section PO Box 744 Springfield, NJ 07081-0744** | - | | | | | | 0.00 | 0.00 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | |
| **Internal Revenue Service District Director 955 South Springfield Avenue PO Box 724 Springfield, NJ 07081** | - | | | | | | 0.00 | 0.00 0.00 |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 |
|---|---|
| 352.03 | 352.03 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **North Jersey Community Coordinated Child Care Agency, Inc.** ,      Case No. __14-20256 (DHS)__
                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | | |
| **Account No.** | | | | | For Notice Purposes Only | | | | | | |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | | | 0.00 | 0.00 | 0.00 |
| **Account No.** | | | | | For Notice Purposes Only | | | | | | |
| John Jay Hoffman, Acting Atty General State of New Jersey - Div. of Law Office of the Attorney General PO Box 080 Trenton, NJ 08625-0080 | - | | | | | | | | 0.00 | 0.00 | 0.00 |
| **Account No.** | | | | | For Notice Purposes Only | | | | | | |
| Office of the Chief Counsel Internal Revenue Service SB/SE Division One Newark Center, Suite 1500 Newark, NJ 07102 | - | | | | | | | | 0.00 | 0.00 | 0.00 |
| **Account No.** | | | | | Utilities - Water Charges for 101 Oliver Street, Paterson, New Jersey | | | | | | |
| Passaic Valley Water Commission 1525 Main Avenue Attn. William C. Clifton, NJ 07011 | - | | | | | | | | 308.69 | 0.00 | 308.69 |
| **Account No.** | | | | | For Notice Purposes Only | | | | | | |
| State of New Jersey NJ Economic Development Authority 36 West State Street PO Box 990 Trenton, NJ 08625 | - | | | | | | | | 0.00 | 0.00 | 0.00 |

Sheet **3** of **5**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 308.69 | 308.69 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **North Jersey Community Coordinated Child Care Agency, Inc.**    ,    Case No.   **14-20256 (DHS)**
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**State of New Jersey<br>NJ Economic Development Authority<br>36 West State Street<br>PO Box 990<br>Trenton, NJ 08625** | - | | Notice Purposes Only | | | | 0.00 | 0.00<br>0.00 |
| Account No.<br><br>**State of New Jersey<br>Division of Taxation<br>Bankruptcy Section<br>PO Box 245<br>Trenton, NJ 08695-0245** | - | | For Notice Purposes Only | | | | 0.00 | 0.00<br>0.00 |
| Account No.<br><br>**State of New Jersey<br>Division of Taxation<br>Sales & Use Tax<br>PO Box 999<br>Trenton, NJ 08625** | - | | For Notice Purposes Only | | | | 0.00 | 0.00<br>0.00 |
| Account No.<br><br>**State of New Jersey<br>Division of Taxation - Gross Income Tax<br>50 Barrack Street<br>PO Box 269<br>Trenton, NJ 08625** | - | | For Notice Purposes Only | | | | 0.00 | 0.00<br>0.00 |
| Account No.<br><br>**State of New Jersey<br>Dept of Labor - Div of Employer Accounts<br>Attn. Stanley A. Cooper<br>PO Box 379<br>Trenton, NJ 08625** | - | | For Notice Purposes Only | | | | 0.00 | 0.00<br>0.00 |

Sheet   **4**   of   **5**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal   |   0.00
(Total of this page)   |   0.00   |   0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re   **North Jersey Community Coordinated Child Care Agency, Inc.**                    Case No.   **14-20256 (DHS)**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **State of New Jersey Dept of Environmental Protection PO Box 402 401 E. State Street, East Wing Trenton, NJ 08625-0402** | - | | For Notice Purposes Only | | | | 0.00 | 0.00 / 0.00 |
| Account No. **The Hon. Eric H. Holder, Jr. Attorney General of the U.S. US. Dept. of Justice 950 Pennsylvania Avenue N.W. Washington, DC 20530** | - | | For Notice Purposes Only | | | | 0.00 | 0.00 / 0.00 |
| Account No. **United States Atorney 970 Broad Street, Fifth Floor Newark, NJ 07102** | - | | For Notice Purposes Only | | | | 0.00 | 0.00 / 0.00 |
| Account No. **US Environmental Protection Agency Region 2 290 Broadway, 17th Floor New York, NY 10007-1866** | - | | For Notice Purposes Only | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | | | | | | |

Sheet **5** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 / 0.00 |
| Total (Report on Summary of Schedules) | 54,515.96 | 0.00 / 54,515.96 |

B6F (Official Form 6F) (12/07)

In re  __**North Jersey Community Coordinated Child Care Agency, Inc.**_____,        Case No.  __**14-20256 (DHS)**_____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>A.B. Richards, Inc.<br>PO Box 72<br>Commack, NY 11725 | - | | Maintenance | | | | 276.00 |
| Account No.<br><br>Accountemps<br>12400 Collections Center Drive<br>Chicago, IL 60693 | - | | Bookkeeping/Accounting | | | | 1,285.67 |
| Account No.<br><br>Advanced Land Management<br>PO Box 17<br>Towaco, NJ 07082 | - | | Maintenance | | | | 5,850.00 |
| Account No.<br><br>Airtron Technology, Inc.<br>81 19th Avenue<br>Paterson, NJ 07513 | - | | Maintenance | | | | 465.12 |

| __11__  continuation sheets attached | Subtotal<br>(Total of this page) | 7,876.79 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **North Jersey Community Coordinated Child Care Agency, Inc.**                    Case No.  **14-20256 (DHS)**

                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Maintenance | | | | |
| **All Week Plumbing and Heating 100 L Outwater Lane Garfield, NJ 07026** | - | | | | | | 1,435.00 |
| Account No. | | | Insurance Premiums | | | | |
| **Amtrust North America, Inc. PO Box 318004 Cleveland, OH 44131-8004** | - | | | | | | 6,422.00 |
| Account No. | | | Maintenance | | | | |
| **Arrow Elevator Incorporated 4 Cecilia Court Vernon, NJ 07462** | - | | | | | | 1,170.00 |
| Account No. | | | Legal Fees | | | | |
| **Bertone Piccini, LLP 777 Terrace Avenue, Suite 201 Hasbrouck Heights, NJ 07604** | - | | | | | | 12,417.50 |
| Account No. | | | Utilities - Telecommunications | | | | |
| **Cablevision PO Box 371378 Pittsburgh, PA 15250-7378** | - | | | | | | 84.90 |

Sheet no. __1__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     21,529.40

B6F (Official Form 6F) (12/07) - Cont.

In re    **North Jersey Community Coordinated Child Care Agency, Inc.**                Case No.   **14-20256 (DHS)**
                                                              ,
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | Copier Lease | | | | |
| **Canon Financial Services** **14904 Collections Center Drive** **Chicago, IL 60693-0149** | - | | | | | | | | 3,125.42 |
| Account No. | | | | | For Notice Purposes Only | | | | |
| **Capital A Leasing, Inc.** **One Penn Plaza** **PO Box 6323** **New York, NY 10119** | - | | | | | | | | 0.00 |
| Account No. | | | | | Maintenance | | | | |
| **Chemtec Pest Control Corp.** **186 Saddle River Road** **Saddle Brook, NJ 07663** | - | | | | | | | | 160.00 |
| Account No. | | | | | Reimbursement for property taxes paid for 55 Main Street, Paterson, New Jersey | | | | |
| **Closeout Solutions, LLC** **Attn. Morton R. Covitz, Esq.** **400 Sylvan Avenue** **Englewood Cliffs, NJ 07632** | - | | | | | | | | 19,381.48 |
| Account No. | | | | | Legal Fees | | | | |
| **Cole Schotz Meisel Forman & Leonard** **Court Plaza North** **25 Main Street** **PO Box 800** **Hackensack, NJ 07602-0800** | - | | | | | | | | 2,002.50 |

Sheet no.   **2**   of   **11**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    24,669.40

B6F (Official Form 6F) (12/07) - Cont.

In re    **North Jersey Community Coordinated Child Care Agency, Inc.**                    Case No.    **14-20256 (DHS)**
                                                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Employee Placement/Testing | | | | |
| Concentra Medical Centers Occupational Health Center of NJ PO Box 8750 Elkridge, MD 21075-8750 | | - | | | | | 1,075.00 |
| Account No. | | | Student Meals | | | | |
| DiCarlo Distributors Attn. Aron, Sadowsky & Marks, Inc. 580 Sylvan Avenue Suite 1B Englewood Cliffs, NJ 07632 | | - | | | | | 815.06 |
| Account No. | | | Student Meals | | | | |
| Driscoll Foods 174 Delawanna Avenue Clifton, NJ 07014 | | - | | | | | 6,267.04 |
| Account No. | | | Utilities - Telecommunications | | | | |
| e.com Technologies 11 Melanie Lane Suite 9 East Hanover, NJ 07936 | | - | | | | | 367.62 |
| Account No. | | | Student Field Trips | | | | |
| First Student, Inc. 90 Kingsland Avenue Clifton, NJ 07014 | | - | | | | | 1,675.00 |

Sheet no.   **3**   of   **11**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,199.72

B6F (Official Form 6F) (12/07) - Cont.

In re   **North Jersey Community Coordinated Child Care Agency, Inc.** ,        Case No.   __14-20256 (DHS)__
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Insurance Premiums | | | | |
| Hanover Insurance Company PO Box 580045 Charlotte, NC 28258-0045 | | - | | | | | | 1,512.00 |
| **Account No.** | | | | Insurance Premiums | | | | |
| IPFS Corporation 24722 Network Place Chicago, IL 60673-1247 | | - | | | | | | 1,330.20 |
| **Account No.** | | | | Maintenance | | | | |
| J M Sorge, Inc. Environmental Consultants 57 Fourth Street Somerville, NJ 08876 | | - | | | | | | 5,289.49 |
| **Account No.** | | | | Security Guard | | | | |
| Jeffrey A. Conlon 31 Knollwood Drive Totowa, NJ 07512 | | - | | | | | | 720.00 |
| **Account No.** | | | | Legal Fees | | | | |
| Joseph A. Pojanowski, III, Esq. Attn. Bertone Piccini, LLP 777 Terrace Avenue, Suite 201 Hasbrouck Heights, NJ 07604 | | - | | | | | | 6,335.00 |

Sheet no. __4__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,186.69

B6F (Official Form 6F) (12/07) - Cont.

In re __North Jersey Community Coordinated Child Care Agency, Inc.__ ,        Case No. __14-20256 (DHS)__
                                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **KBK Multi Services** <br> **266 Edmund Avenue** <br> **Paterson, NJ 07502** | | - | Maintenance | | | | 10,050.00 |
| Account No. <br><br> **Lamb Financial Group** <br> **145 W. 45th Street** <br> **New York, NY 10036** | | - | Insurance Premiums | | | | 2,008.00 |
| Account No. <br><br> **Markel Insurance Company** <br> **PO Box 79652** <br> **Baltimore, MD 21279-0652** | | - | Insurance Premiums | | | | 4,084.00 |
| Account No. <br><br> **Merchant Services, Inc.** <br> **9012 Research Drive** <br> **Suite 200** <br> **Irvine, CA 92618** | | - | For Notice Purposes Only | | | | 0.00 |
| Account No. <br><br> **Wells Fargo Bank, N.A.** <br> **1200 Montego Way** <br> **Walnut Creek, CA 94598** | | | On behalf of: <br> **Merchant Services, Inc.** | | | | **Notice Only** |

Sheet no. __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     16,142.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **North Jersey Community Coordinated Child Care Agency, Inc.** _____,   Case No.   **14-20256 (DHS)**
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | Software Subscription | | | | |
| Mike Williams Productions PO Box 213 Summit, NJ 07902-0213 | - | | | | | | | 300.00 |
| Account No. | | | | Student Meals | | | | |
| North Jersey Friendship House 125 Atlantic Street Hackensack, NJ 07601 | - | | | | | | | 14,572.00 |
| Account No. | | | | Office Supplies | | | | |
| Office Needs PO Box 5804 1120 Raritan Road Clark, NJ 07066 | - | | | | | | | 1,632.00 |
| Account No. | | | | August 1, 2013 Collateral Mortage Agreement Personal and real propety located at 59 Spruce Street, aka 101 Oliver Street, Pateson, NJ 07501 | X | X | X | 250,527.35 |
| Olson Restoration, LLC dba Servpro of Greater Boulder 697 S. Pierce Avenue Louisville, CO 80027 | - | | | | | | | |
| Account No. | | | | On behalf of: Olson Restoration, LLC | | | | Notice Only |
| Connell Foley LLP Attn. Brendan Judge, Esq. The Atrium, Suite E 309 Morris Avenue Spring Lake, NJ 07762 | | | | | | | | |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    267,031.35

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **North Jersey Community Coordinated Child Care Agency, Inc.**              Case No.   **14-20256 (DHS)**
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Paterson Public Schools** **Accounting Department** **90 Delaware Avenue** **Fourth Floor** **Paterson, NJ 07513** | - | | | | | | 2,841.98 |
| Account No. | | | Trade Debt | | | | |
| **Paterson Public Schools** **Accounting Department** **90 Delaware Avenue** **Fourth Floor** **Paterson, NJ 07513** | - | | | | | | 424,182.00 |
| Account No. | | | Payroll Service Fees | | | | |
| **Paychex, Inc.** **Paychex LOC 76** **Department 7101** **Carol Stream, IL 60122-7101** | - | | | | | | 3,206.60 |
| Account No. | | | Office Supplies | | | | |
| **Premier Supplies** **460 West 34th Street** **5th Floor** **New York, NY 10001** | - | | | | | | 1,323.01 |
| Account No. **ending 5006 and 0655** | | | Utilities - Gas and Electric Services at 55 Main Street, Paterson, New Jersey | | | | |
| **PSE&G** **PO Box 14106** **New Brunswick, NJ 08906-4106** | - | | | | | | 28,791.73 |

Sheet no. **7** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     | 460,345.32 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **North Jersey Community Coordinated Child Care Agency, Inc.**                    Case No.    **14-20256 (DHS)**
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Meyner and Landis LLP**<br>**Attn. Scott T. McCleary, Esq.**<br>**One Gateway Center**<br>**Suite 2500**<br>**Newark, NJ 07102** | | | | On behalf of:<br>PSE&G | | | | **Notice Only** |
| Account No. xxxxxx 5105 | | | | Utilities - Gas and Electric Sevices at 101 Oliver Street, Paterson, New Jersey | | | | |
| **PSE&G**<br>**PO Box 14444**<br>**New Brunswick, NJ 08906-4444** | | - | | | | | | |
| | | | | | | | | 9,228.85 |
| Account No. | | | | Office Equipment Repair | | | | |
| **Reliable Office Systems & Supplies, Inc.**<br>**4442 Arthur Kill Road**<br>**Staten Island, NY 10309** | | - | | | | | | |
| | | | | | | | | 550.00 |
| Account No. | | | | Prior Copier Lease | | | | |
| **Ricoh Americas Corporation**<br>**PO Box 4245**<br>**Carol Stream, IL 60197-4245** | | - | | | | | | |
| | | | | | | | | 3,108.92 |
| Account No. | | | | Prior Copier Lease | | | | |
| **Ricoh USA, Inc.**<br>**PO Box 827577**<br>**Philadelphia, PA 19182-7577** | | - | | | | | | |
| | | | | | | | | 1,208.48 |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    14,096.25

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **North Jersey Community Coordinated Child Care Agency, Inc.**                  Case No.   **14-20256 (DHS)**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                S4F Inc. dba Centipede Network PO Box 150 Owasso, OK 74055 | | - | | **Office Supplies** | | | | 170.00 |
| Account No.                                Simontacchi Miller & DeAngelis 170 East Main Street Rockaway, NJ 07866 | | - | | **Audit Fees** | | | | 60,220.00 |
| Account No.                                Fein, Such, Kahn & Shepard, P.C. Attn. Philip A. Kahn, Esq. 7 Century Drive, Suite 201 Parsippany, NJ 07054 | | | | **On behalf of:** **Simontacchi Miller & DeAngelis** | | | | Notice Only |
| Account No.                                Teschon Riccobene & Siss P.A. 327 Godwin Avenue Midland Park, NJ 07432 | | - | | **Legal Fees** | | | | 69,818.76 |
| Account No.                                Trooper Foods 53-08 108th Street Corona, NY 11368 | | - | | **Student Meals** | | | | 2,142.48 |

Sheet no. __9__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

132,351.24

B6F (Official Form 6F) (12/07) - Cont.

In re    **North Jersey Community Coordinated Child Care Agency, Inc.**    Case No.    **14-20256 (DHS)**
                                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J<br>Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Turtle Back Zoo**<br>**560 Northfield Avenue**<br>**West Orange, NJ 07052** | - | | **Student Field Trips** | | | | 1,806.00 |
| Account No.<br><br>**United Sales USA Corp.**<br>**185 30th Street**<br>**Brooklyn, NY 11232** | - | | **Cleaning and Food Supplies** | | | | 21,963.44 |
| Account No.<br><br>**USA Security Services, Inc.**<br>**207 Lodi Street**<br>**Hackensack, NJ 07601** | - | | **Security Equipment** | | | | 3,012.89 |
| Account No. **xxx xxx-xxxx xx0 12Y**<br><br>**Verizon**<br>**PO Box 4833**<br>**Trenton, NJ 08650-4833** | - | | **Utilities - Telecommunications** | | | | 218.81 |
| Account No. **xxx xxx-xxxx xx7 68Y**<br><br>**Verizon**<br>**PO Box 4833**<br>**Trenton, NJ 08650-4833** | - | | **Utilities - Telecommunications** | | | | 385.47 |

Sheet no. __10__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,386.61

B6F (Official Form 6F) (12/07) - Cont.

In re    **North Jersey Community Coordinated Child Care Agency, Inc.**    Case No. __14-20256 (DHS)__
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xxx-xxxx xx2 94Y** <br><br> **Verizon** <br> **PO Box 4833** <br> **Trenton, NJ 08650-4833** | | - | **Utilities - Telecommunications** | | | | 831.23 |
| Account No. <br><br> **Verizon Wireless** <br> **PO Box 408** <br> **Newark, NJ 07101-0408** | | - | **Utilities - Telecommunications** | | | | 73.00 |
| Account No. <br><br> **Waste Management of NJ, Inc.** <br> **Waste Management Northeast** <br> **PO Box 13648** <br> **Philadelphia, PA 19101-3648** | | - | **Maintenance** | | | | 2,334.00 |
| Account No. <br><br><br><br><br> | | | | | | | |
| Account No. <br><br><br> | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 3,238.23 |
| Total <br> (Report on Summary of Schedules) | 1,000,053.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **North Jersey Community Coordinated Child Care Agency, Inc.**                        Case No.    **14-20256 (DHS)**
                                                                              ,
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Capital A Leasing, Inc.**<br>**One Penn Plaza**<br>**PO Box 6323**<br>**New York, NY 10119** | **Non-Cancelable Equipment Finance Lease Agreement for a Credit Card Terminal, Pin Pad, and Check Reader dated April 23, 2014; Lease Term: 48 Months; Base Monthly Lease Payment: $49.99; Debtor is Lessee** |
| **North Jersey Friendship House**<br>**125 Atlantic Street**<br>**Hackensack, NJ 07601** | **New Jersey Child and Adult Care Food Progam Invitation for Bid and Standard Contract for the period October 1, 2013 through September 30, 2014 with Michael's Energy Factory, Sponsor** |
| **Reliable Office Systems & Supplies, Inc.**<br>**4442 Arthur Kill Road**<br>**Staten Island, NY 10309** | **Smart Copy Lease Agreement dated October 10, 2013 for (1) Canon New B&W Imagerunner Image Runner Advance 4251 copier and (1) Canon Color Imagerunner Advance ImageRunner Advance C5250 copier; Lease Term: 60 months; Lease Company: Delage Landen; Lease Number: 25003971; Debtor is Lessee** |
| **State-Operated School District of**<br>**the City of Paterson**<br>**90 Delaware Avenue**<br>**Paterson, NJ 07503** | **Preschool Education Program Contract for School Year 2013 - 2014 with Michael's Energy Factory operated by North Jersey Community Coordinated Child Care Agency, Inc., Provider** |

**0**
\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re     **North Jersey Community Coordinated Child Care Agency, Inc.**                    Case No.     **14-20256 (DHS)**
_____ ,
                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

0
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re __North Jersey Community Coordinated Child Care Agency, Inc.__     Case No. __14-20256 (DHS)__
                                        Debtor(s)     Chapter   __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chairman of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __29__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __June 3, 2014__             Signature _Michael Sollo_

                                        **Michael Lillo**
                                        **Chairman**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Best Case Bankruptcy

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### District of New Jersey

In re    **North Jersey Community Coordinated Child Care Agency, Inc.**        Case No.    **14-20256 (DHS)**
_____
Debtor(s)                                                        Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐      State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,098,667.00** | **2014 YTD: Gross Revenue for 10/1/2013 to 4/30/2014** |
| **$3,716,919.00** | **2013: Gross Revenue for 10/1/2012 to 9/30/2013** |
| **$5,283,137.00** | **2012: Gross Revenue for 10/1/2011 to 9/30/2012** |

---

**2. Income other than from employment or operation of business**

None
■      State the amount of income received by the debtor other than from employment, trade, or profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ■    *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Annexed Schedule** | | | |

None ☐    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Annexed Schedule** | | | |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Olson Restoration LLC d/b/a Servpro of Greater Boulder v. Northern Jersey Community Coordinated Child Care Agency, Inc. d/b/a Barney's Education Center Civil Action No. 12cv2684 (WJM/MF)** | **Breach of Contract** | **United States District Court, District of New Jeresey Newark, New Jersey** | **Pending** |
| **TD Bank, N.A. v. North Jersey Community Coordinated Child Care Agency, Inc., et al. Docket No. PAS-F-17455-14** | **Foreclosure** | **Superior Court of New Jersey Passaic County Chancery Division - General Equity Part** | **Pending** |
| **Simontacchi Miller & DeAngelis v. North Jersey Community Coordinated Child Care Agency, Inc. Docket No. MRS-L-1032-14** | **Collection** | **Superior Court of New Jersey Morris County Law Division** | **Pending** |

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

---

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Trenk, DiPasquale, Della Fera & Sodono, P.C. 347 Mount Pleasant Avenue Suite 300 West Orange, NJ 07052** | **April 15, 2014** | **$10,000** |
| **Trenk, DiPasquale, Della Fera & Sodono, P.C. 347 Mount Pleasant Avenue Suite 300 West Orange, NJ 07052** | **May 19, 2014** | **$26,213 inclusive of filing fee of $1,213** |

---

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Closeout Solution, LLC and The Carlos Kelvin Trust 10/17/2012 20-21 Wagaraw Road Fair Lawn, NJ 07410** | **March 20, 2013** | **53-59 Main Street and 10-20 Hamilton Street a/k/a 44 Washington Street, Paterson, New Jersey $310,000.00** |
| | | **Address for The Carlos Kelvin Trust 10/17/2012 is: 29007 Old Carriage Court Agora Hills, CA 91301** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

B7 (Official Form 7) (04/13)
5

#### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

#### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

#### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

#### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

#### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

#### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

B7 (Official Form 7) (04/13)
6

None    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■    Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■    the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐    ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **No Jersey Comm Coord Child Care Agency** | **22-1929795** | **101 Oliver Street Paterson, NJ 07501** | **Coordination and development of comprehensive quality child care services within Northern New Jersey. Incorporated on April 29, 1971 under the name Passaic County Child Care Coordinating Agency, Inc. Certificate of Incorporation amended to reflect name change on May 9, 1972.** | **April 29, 1971 through present** |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

B7 (Official Form 7) (04/13)
7

### 19. Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Simontacchi Miller & DeAngelis, PA**<br>**170 East Main Street**<br>**Rockaway, NJ 07866** | **October 2011 through October 2013** |
| **North Jersey Community Coordinated Child**<br>**Care Agency, Inc.**<br>**101 Oliver Street**<br>**Paterson, NJ 07501** | |

None
☐
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Simontacchi Miller & DeAngelis,**<br>**PA** | **170 East Main Street**<br>**Rockaway, NJ 07866** | **October 2011 through October 2013** |

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **No Jersey Comm Coord Child Care Agency** | **101 Oliver Street**<br>**Paterson, NJ 07501** |

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

B7 (Official Form 7) (04/13)
8

| None ☐ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Michael Lillo** **159-46 96th Street** **Howard Beach, NY 11414** | **Chairperson** | |
| **Sr. Jane Feltz, Principal** **Good Shepherd Academy** **24 Brookline Avenue** **Nutley, NJ 07110** | **Secretary** | |
| **Mary Majette** **49 Clark Street** **Apartment 3** **Paterson, NJ 07505** | **Member-at-Large** | |

---

**22 . Former partners, officers, directors and shareholders**

| None ■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

| None ☐ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Kenneth Higgins** **77 Midvale Avenue** **Jersey City, NJ 07304** | **Secretary and Treasurer** | **March 28, 2014** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

| None ■ | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case. |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

| None ■ | If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case. |

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

| None ■ | If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case. |

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

B7 (Official Form 7) (04/13)
9

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **June 3, 2014** _____   Signature   _____

Michael Lillo
Chairman

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Payment History Report
Sorted By Check Number
Activity From: 2/14/2014 to 5/16/2014

North Jersey Community C.C.A., Inc. (NCC)

Bank Code:    A  CITY NAT 005403073

| Check Number/ Invoice Number | Check Date | Vendor Number Invoice Date | Name Discount Amount | Invoice Amount | Check Amount | Check Type |
|---|---|---|---|---|---|---|
| 000040 | 2/18/2014 | PSE5105 | PSE&G CO. | | 3,000.00 | Manual |
| 5105-0114 | | 1/15/2014 | 0.00 | 2,281.05 | | |
| 6047023704 | | 1/31/2014 | 0.00 | 718.95 | | |
| 000041 | 2/19/2014 | E.COM | E.COM Technologies | | 367.62 | Manual |
| 0044469-IN | | 12/2/2013 | 0.00 | 122.54 | | |
| 0044732-IN | | 1/2/2014 | 0.00 | 122.54 | | |
| 0044985-IN | | 2/3/2014 | 0.00 | 122.54 | | |
| 000042 | 2/20/2014 | WASTMAN | WASTE MANAGEMENT OF NJ INC | | 1,152.94 | Manual |
| 2537865 | | 1/1/2014 | 0.00 | 1,152.94 | | |
| 000043 | 2/26/2014 | AMTRUST | Amtrust North America, Inc | | 2,021.00 | Manual |
| AUDIT-1013 | | 10/29/2013 | 0.00 | 2,021.00 | | |
| 000044 | 2/26/2014 | HOR1738 | Horizon Blue Cross Blue Shield | | 6,840.05 | Manual |
| 047156185 | | 2/1/2014 | 0.00 | 6,840.05 | | |
| 000045 | 3/6/2014 | NJCHM59 | NJ Children's Museum | | 200.00 | Manual |
| 4841 | | 3/5/2014 | 0.00 | 200.00 | | |
| 000046 | 3/6/2014 | PV4970 | PASSAIC VALLEY WATER COMMISSIO | | 400.00 | Manual |
| 4970-0114 | | 1/31/2014 | 0.00 | 94.18 | | |
| 4970-1213 | | 12/31/2013 | 0.00 | 305.82 | | |
| 000047 | 3/6/2014 | FAST297 | FastSigns of Fairfield | | 46.50 | Manual |
| 6261167 | | 3/6/2014 | 0.00 | 46.50 | | |
| 000048 | 3/7/2014 | DICARLO | DICARLO DISTRIBUTORS C/O | | 815.08 | Manual |
| 2137222 | | 8/3/2012 | 0.00 | 815.08 | | |
| 000048 | 3/10/2014 | HOR1738 | Horizon Blue Cross Blue Shield | | 16,000.00 | Manual |
| 047156185 | | 2/1/2014 | 0.00 | 16,000.00 | | |
| 000049 | 3/10/2014 | HOR1738 | Horizon Blue Cross Blue Shield | | 7,032.34 | Manual |
| 047472070 | | 2/17/2014 | 0.00 | 7,032.34 | | |
| 000050 | 3/12/2014 | CANON14 | Canon Financial Services | | 1,435.84 | Manual |
| 13416138 | | 1/13/2014 | 0.00 | 1,435.84 | | |
| 000051 | 3/12/2014 | PV4970 | PASSAIC VALLEY WATER COMMISSIO | | 260.29 | Manual |
| 4970-0114 | | 1/31/2014 | 0.00 | 220.29 | | |
| 4970-0314 | | 3/12/2014 | 0.00 | 40.00 | | |
| 000052 | 3/5/2014 | AMTRUST | Amtrust North America, Inc | | 4,451.00 | Manual |
| RWC3300509 | | 7/16/2013 | 0.00 | 4,451.00 | | |
| 000053 | 3/14/2014 | PSE5105 | PSE&G CO. | | 4,200.00 | Manual |
| 6017028228 | | 2/19/2014 | 0.00 | 63.69 | | |
| 6039024977 | | 2/19/2014 | 0.00 | 2,389.64 | | |
| 6047023704 | | 1/31/2014 | 0.00 | 1,746.67 | | |
| 000054 | 3/28/2014 | AMTRUST | Amtrust North America, Inc | | 6,472.00 | Manual |
| AUDIT-1013 | | 10/29/2013 | 0.00 | 2,021.00 | | |
| RWC3300509 | | 7/16/2013 | 0.00 | 4,451.00 | | |
| 000055 | 4/8/2014 | DICARLO | DICARLO DISTRIBUTORS C/O | | 815.08 | Manual |
| 2137222 | | 8/3/2012 | 0.00 | 815.08 | | |
| 000056 | 4/8/2014 | TEACHST | Teaching Strategies, Inc | | 42.00 | Manual |
| 293305 | | 4/4/2014 | 0.00 | 42.00 | | |
| 001224 | 2/19/2014 | BROANET | BROADVIEW NETWORKS | | 39.44 | Manual |
| 15346262 | | 12/27/2013 | 0.00 | 39.44 | | |
| 001608 | 3/26/2014 | NJCHM59 | NJ Children's Museum | | 1,912.00 | Manual |
| 4841 | | 3/5/2014 | 0.00 | 1,912.00 | | |
| 001609 | 3/26/2014 | FIRSTST | FIRST STUDENT, INC | | 1,340.00 | Manual |
| 003674 | | 3/4/2014 | 0.00 | 1,340.00 | | |
| 001612 | 4/28/2014 | CLOSE59 | Closeout Solutions, LLC | | 500.00 | Manual |
| TAX2013 | | 8/14/2013 | 0.00 | 500.00 | | |
| 001613 | 5/7/2014 | PATROT1 | Paterson Great Falls Rotary | | 180.00 | Manual |
| 2014-BFSTK | | 5/7/2014 | 0.00 | 180.00 | | |
| 005177 | 2/15/2014 | KBK | KBK MULTI SERVICES | | 1,500.00 | Manual |
| 7156 | | 11/14/2013 | 0.00 | 1,200.00 | | |

Run Date:  5/16/2014  7:06:00PM

A/P Date:  5/16/2014

Page:  1

Payment History Report
Sorted By Check Number
Activity From: 2/14/2014 to 5/16/2014

North Jersey Community C.C.A., Inc. (NCC)

Bank Code:   A  CITY NAT 005403073

| Check Number/ Invoice Number | Check Date Invoice Date | Vendor Number | Name Discount Amount | Invoice Amount | Check Amount | Check Type |
|---|---|---|---|---|---|---|
| 7163 | 11/30/2013 | | 0.00 | 300.00 | | |
| 005178 | 2/18/2014 | CONLJEF | JEFFREY A CONLON | | 480.00 | Manual |
| 012414AM | 1/24/2014 | | 0.00 | 180.00 | | |
| 013114AM | 1/31/2014 | | 0.00 | 300.00 | | |
| 005179 | 2/19/2014 | DEPT717 | Dept of Children & Families | | 20.00 | Manual |
| MONTES2014 | 2/19/2014 | | 0.00 | 10.00 | | |
| ZAGHBA2014 | 2/19/2014 | | 0.00 | 10.00 | | |
| 005180 | 2/21/2014 | DESTEF7 | Yolanda DeStefano | | 386.48 | Manual |
| 0 | 2/21/2014 | | 0.00 | 339.43 | | |
| 1 | 2/21/2014 | | 0.00 | 47.05 | | |
| 005181 | 2/26/2014 | JMSOR | J M SORGE, INC | | 2,000.00 | Manual |
| 28301 | 12/31/2012 | | 0.00 | 1,684.21 | | |
| 28503 | 4/17/2013 | | 0.00 | 120.00 | | |
| 28596 | 5/7/2013 | | 0.00 | 195.79 | | |
| 005182 | 2/26/2014 | NJFH125 | North Jersey Friendship House | | 2,415.50 | Manual |
| 116054 | 11/15/2013 | | 0.00 | 2,415.50 | | |
| 005183 | 2/26/2014 | MIKE213 | Mike Williams Productions | | 200.00 | Manual |
| 0214-10005 | 2/21/2014 | | 0.00 | 200.00 | | |
| 005183 | 2/26/2014 | MIKE213 | Mike Williams Productions | | 200.00- | Reversal |
| 0214-10005 | 2/21/2014 | | 0.00 | -200.00 | | |
| 005184 | 2/26/2014 | MIKE213 | Mike Williams Productions | | 200.00 | Manual |
| 0214-10005 | 2/21/2014 | | 0.00 | 200.00 | | |
| 005185 | 2/27/2014 | AETN151 | Aetna, Inc. | | 1,788.06 | Manual |
| G3073128 | 2/1/2014 | | 0.00 | 1,788.06 | | |
| 005186 | 2/27/2014 | ADVALAN | ADVANCE LAND MANAGEMENT | | 665.00 | Manual |
| 21605 | 1/6/2014 | | 0.00 | 665.00 | | |
| 005187 | 2/28/2014 | CONLJEF | JEFFREY A CONLON | | 600.00 | Manual |
| 0 | 2/19/2014 | | 0.00 | 180.00 | | |
| 1 | 2/19/2014 | | 0.00 | 180.00 | | |
| 2 | 2/21/2014 | | 0.00 | 240.00 | | |
| 005188 | 2/28/2014 | CITYPAT | City of Paterson | | 351.89 | Manual |
| 2014-08-00 | 2/21/2014 | | 0.00 | 351.89 | | |
| 005189 | 2/28/2014 | AIRT81 | Airtron Technology, Inc | | 950.00 | Manual |
| SVC 022014 | 2/28/2014 | | 0.00 | 950.00 | | |
| 005190 | 3/6/2014 | DEPT717 | Dept of Children & Families | | 40.00 | Manual |
| BARNES2014 | 3/5/2014 | | 0.00 | 10.00 | | |
| DOMIN2014 | 3/5/2014 | | 0.00 | 10.00 | | |
| RUIZ2014 | 3/5/2014 | | 0.00 | 10.00 | | |
| YGONZALEZ | 3/6/2014 | | 0.00 | 10.00 | | |
| 005191 | 3/10/2014 | UNITED | United Sales USA Corp. | | 1,308.44 | Manual |
| 13775 | 3/3/2014 | | 0.00 | 1,308.44 | | |
| 005192 | 3/12/2014 | DEPT717 | Dept of Children & Families | | 10.00 | Manual |
| NUNEZ2014 | 3/12/2014 | | 0.00 | 10.00 | | |
| 005193 | 3/12/2014 | SMITDEN | DENISE LAWSON - SMITH | | 137.51 | Manual |
| 11272014 | 3/12/2014 | | 0.00 | 72.07 | | |
| 12122013 | 3/12/2014 | | 0.00 | 16.36 | | |
| 1292014 | 3/12/2014 | | 0.00 | 32.72 | | |
| 132014 | 3/12/2014 | | 0.00 | 16.36 | | |
| 005193 | 3/12/2014 | SMITDEN | DENISE LAWSON - SMITH | | 137.51- | Reversal |
| 11272014 | 3/12/2014 | | 0.00 | -72.07 | | |
| 12122013 | 3/12/2014 | | 0.00 | -16.36 | | |
| 1292014 | 3/12/2014 | | 0.00 | -32.72 | | |
| 132014 | 3/12/2014 | | 0.00 | -16.36 | | |
| 005194 | 3/14/2014 | NJFH125 | North Jersey Friendship House | | 5,753.00 | Manual |
| 116185 | 12/20/2013 | | 0.00 | 2,615.00 | | |
| 116331 | 1/3/2014 | | 0.00 | 523.00 | | |

Run Date:  5/16/2014  7:06:00PM

A/P Date:  5/16/2014

Page:  2

Payment History Report
Sorted By Check Number
Activity From: 2/14/2014 to 5/16/2014

North Jersey Community C.C.A., Inc. (NCC)

Bank Code:    A  CITY NAT 005403073

| Check Number/ Invoice Number | Check Date Invoice Date | Vendor Number | Name Discount Amount | Invoice Amount | Check Amount | Check Type |
|---|---|---|---|---|---|---|
| 116361 | 1/10/2014 | | 0.00 | 2,615.00 | | |
| 005195 | 3/14/2014 | PREMSUP | PREMIER SUPPLIES | | 500.00 | Manual |
| 1466648-0 | 5/10/2013 | | 0.00 | 28.00 | | |
| 1500423-0 | 8/8/2013 | | 0.00 | 212.50 | | |
| 1537326-0 | 11/11/2013 | | 0.00 | 259.50 | | |
| 005196 | 3/14/2014 | CONLJEF | JEFFREY A CONLON | | 600.00 | Manual |
| 022814AM | 2/28/2014 | | 0.00 | 300.00 | | |
| 03072014AM | 3/7/2014 | | 0.00 | 300.00 | | |
| 005197 | 3/14/2014 | TROOP53 | Trooper Foods | | 695.00 | Manual |
| 625582-39 | 3/7/2014 | | 0.00 | 695.00 | | |
| 005198 | 3/14/2014 | KBK | KBK MULTI SERVICES | | 5,000.00 | Manual |
| 7163 | 11/30/2013 | | 0.00 | 3,500.00 | | |
| 7182 | 12/19/2013 | | 0.00 | 1,500.00 | | |
| 005199 | 3/14/2014 | USASECU | USA SECURITY SERVICES INC | | 230.49 | Manual |
| 104515 | 1/15/2014 | | 0.00 | 133.47 | | |
| 104516 | 1/15/2014 | | 0.00 | 97.02 | | |
| 005200 | 3/14/2014 | ARROELE | ARROW ELEVATOR INCORPORATED | | 165.00 | Manual |
| 57713 | 11/1/2013 | | 0.00 | 165.00 | | |
| 005201 | 3/14/2014 | CHEMTEC | CHEMTEC PEST CONTROL CORP. | | 83.20 | Manual |
| 13039587 | 10/31/2013 | | 0.00 | 80.00 | | |
| 13041942 | 10/31/2013 | | 0.00 | 1.60 | | |
| 13045542 | 11/30/2013 | | 0.00 | 1.60 | | |
| 005202 | 3/14/2014 | JMSOR | J M SORGE, INC | | 809.21 | Manual |
| 114085 | 3/1/2013 | | 0.00 | 45.00 | | |
| 28596 | 5/7/2013 | | 0.00 | 404.21 | | |
| 28883 | 8/13/2013 | | 0.00 | 120.00 | | |
| 29001 | 9/20/2013 | | 0.00 | 240.00 | | |
| 005203 | 3/14/2014 | VER68Y | VERIZON | | 192.83 | Manual |
| 68Y-0114 | 1/19/2014 | | 0.00 | 192.83 | | |
| 005204 | 3/14/2014 | VER94Y | VERIZON | | 354.61 | Manual |
| 94Y-0114 | 1/14/2014 | | 0.00 | 354.61 | | |
| 005205 | 3/14/2014 | ALLS270 | All State Benefits | | 1,000.00 | Manual |
| A019680700 | 3/11/2014 | | 0.00 | 1,000.00 | | |
| 005206 | 3/14/2014 | SMITDEN | DENISE LAWSON - SMITH | | 137.51 | Manual |
| 11272014 | 3/12/2014 | | 0.00 | 72.07 | | |
| 12122013 | 3/12/2014 | | 0.00 | 16.36 | | |
| 1292014 | 3/12/2014 | | 0.00 | 32.72 | | |
| 132014 | 3/12/2014 | | 0.00 | 16.36 | | |
| 005207 | 3/14/2014 | BOLLING | BOLLINGER, INC | | 2,903.90 | Manual |
| 02791-0314 | 3/14/2014 | | 0.00 | 2,903.90 | | |
| 005208 | 3/17/2014 | OFFINEE | OFFICE NEEDS | | 1,174.00 | Manual |
| 141152 | 1/7/2014 | | 0.00 | 1,174.00 | | |
| 005209 | 3/17/2014 | EXPCOPY | Express Copy Center | | 90.00 | Manual |
| 211084 | 2/26/2014 | | 0.00 | 90.00 | | |
| 005210 | 3/17/2014 | FRIED8 | Altie Hoyte-Friedberg | | 50.00 | Manual |
| 81478 | 3/17/2014 | | 0.00 | 50.00 | | |
| 005211 | 3/17/2014 | AETN151 | Aetna, Inc. | | 1,030.03 | Manual |
| G3341616 | 3/17/2014 | | 0.00 | 1,030.03 | | |
| 005212 | 3/31/2014 | ABRICH | A.B. RICHARDS, INC | | 138.00 | Manual |
| 137630 | 11/11/2013 | | 0.00 | 69.00 | | |
| 140521 | 12/11/2013 | | 0.00 | 69.00 | | |
| 005213 | 3/31/2014 | CONLJEF | JEFFREY A CONLON | | 740.00 | Manual |
| 031414 | 3/14/2014 | | 0.00 | 740.00 | | |
| 005215 | 4/7/2014 | ALLS270 | All State Benefits | | 1,841.61 | Manual |
| A019680700 | 3/11/2014 | | 0.00 | 1,841.61 | | |
| 005216 | 4/7/2014 | AETN151 | Aetna, Inc. | | 1,033.59 | Manual |

Payment History Report
Sorted By Check Number
Activity From: 2/14/2014 to 5/16/2014

North Jersey Community C.C.A., Inc. (NCC)

Bank Code:    A CITY NAT 005403073

| Check Number/ Invoice Number | Check Date | Vendor Number Invoice Date | Name Discount Amount | Invoice Amount | Check Amount | Check Type |
|---|---|---|---|---|---|---|
| G3341616 | | 3/17/2014 | 0.00 | 1,033.59 | | |
| 005217 | 4/8/2014 | NJFH125 | North Jersey Friendship House | | 11,982.00 | Manual |
| 116410 | | 1/7/2014 | 0.00 | 2,568.00 | | |
| 116478 | | 1/24/2014 | 0.00 | 1,569.00 | | |
| 116490 | | 1/31/2014 | 0.00 | 2,615.00 | | |
| 116530 | | 2/7/2014 | 0.00 | 1,569.00 | | |
| 116648 | | 2/14/2014 | 0.00 | 1,569.00 | | |
| 116662 | | 2/21/2014 | 0.00 | 2,092.00 | | |
| 005218 | 4/8/2014 | CLARK75 | Chuck Clark | | 150.00 | Manual |
| 040814 | | 4/8/2014 | 0.00 | 150.00 | | |
| 005219 | 4/10/2014 | UNITED | United Sales USA Corp. | | 2,032.96 | Manual |
| 14011 | | 3/24/2014 | 0.00 | 1,598.16 | | |
| 14159 | | 4/4/2014 | 0.00 | 434.80 | | |
| 005220 | 4/10/2014 | KBK | KBK MULTI SERVICES | | 3,800.00 | Manual |
| 7182 | | 12/19/2013 | 0.00 | 2,300.00 | | |
| 7212 | | 1/31/2014 | 0.00 | 150.00 | | |
| 7213 | | 1/31/2014 | 0.00 | 1,350.00 | | |
| 005221 | 4/10/2014 | DEPT717 | Dept of Children & Families | | 30.00 | Manual |
| CRODRIGUEZ | | 4/10/2014 | 0.00 | 10.00 | | |
| NVARGAS | | 4/10/2014 | 0.00 | 10.00 | | |
| SPARK | | 4/10/2014 | 0.00 | 10.00 | | |
| 005222 | 4/11/2014 | WORGJO | JOHN J. WORGUL | | 282.51 | Manual |
| EXP0314 | | 3/31/2014 | 0.00 | 282.51 | | |
| 005223 | 4/11/2014 | BEARCHE | CHERI BEARD | | 35.71 | Manual |
| BEARD2014 | | 2/20/2014 | 0.00 | 35.71 | | |
| 005224 | 4/11/2014 | DESTEF7 | Yolanda DeStefano | | 232.93 | Manual |
| EXP0314 | | 3/31/2014 | 0.00 | 232.93 | | |
| 005225 | 4/11/2014 | PREMSUP | PREMIER SUPPLIES | | 463.49 | Manual |
| 1537326-0 | | 11/11/2013 | 0.00 | 463.49 | | |
| 005226 | 4/11/2014 | TRENK34 | Trenk, Dipasquale, Della Fera | | 10,000.00 | Manual |
| RET0414 | | 4/11/2014 | 0.00 | 10,000.00 | | |
| 005227 | 4/16/2014 | CONLJEF | JEFFREY A CONLON | | 600.00 | Manual |
| 032114 | | 3/21/2014 | 0.00 | 600.00 | | |
| 005228 | 4/16/2014 | CHEMTEC | CHEMTEC PEST CONTROL CORP. | | 240.00 | Manual |
| 13043113 | | 12/30/2013 | 0.00 | 80.00 | | |
| 13046571 | | 1/28/2014 | 0.00 | 80.00 | | |
| 14001124 | | 2/22/2014 | 0.00 | 80.00 | | |
| 005229 | 4/16/2014 | CANON14 | Canon Financial Services | | 1,312.42 | Manual |
| 13504441 | | 2/21/2014 | 0.00 | 1,312.42 | | |
| 005230 | 4/22/2014 | MIKE213 | Mike Williams Productions | | 600.00 | Manual |
| 0314-10055 | | 4/1/2014 | 0.00 | 300.00 | | |
| 0414-10055 | | 4/1/2014 | 0.00 | 300.00 | | |
| 005231 | 4/25/2014 | ACCOTEM | ACCOUNTEMPS | | 385.70 | Manual |
| 39820930 | | 2/24/2014 | 0.00 | 385.70 | | |
| 005232 | 4/28/2014 | METROSV | Metro Service | | 535.44 | Manual |
| 358714 | | 1/31/2014 | 0.00 | 535.44 | | |
| 005233 | 4/30/2014 | UNITED | United Sales USA Corp. | | 1,234.00 | Manual |
| 14327 | | 4/28/2014 | 0.00 | 1,234.00 | | |
| 005234 | 5/6/2014 | CONLJEF | JEFFREY A CONLON | | 700.00 | Manual |
| 032114 | | 3/21/2014 | 0.00 | 200.00 | | |
| 032814 | | 3/28/2014 | 0.00 | 500.00 | | |
| 005235 | 4/25/2014 | AETN151 | Aetna, Inc. | | 2,096.27 | Manual |
| G3617185 | | 4/1/2014 | 0.00 | 2,096.27 | | |
| 005236 | 5/6/2014 | DISCSCH | DISCOUNT SCHOOL SUPPLY | | 2,608.43 | Manual |
| D1923120 | | 5/2/2014 | 0.00 | 2,608.43 | | |
| 005236 | 5/6/2014 | DISCSCH | DISCOUNT SCHOOL SUPPLY | | 2,608.43- | Reversal |

Run Date:  5/16/2014  7:06:00PM

A/P Date:  5/16/2014

Page:  4

Payment History Report
Sorted By Check Number
Activity From: 2/14/2014 to 5/16/2014

North Jersey Community C.C.A., Inc. (NCC)

Bank Code:   A  CITY NAT 005403073

| Check Number/ Invoice Number | Check Date | Vendor Number Invoice Date | Name Discount Amount | Invoice Amount | Check Amount | Check Type |
|---|---|---|---|---|---|---|
| D1923120 | | 5/2/2014 | | -2,608.43 | | |
| 005237 | 5/6/2014 | KBK | KBK MULTI SERVICES | | 3,800.00 | Manual |
| 7213 | | 1/31/2014 | 0.00 | 2,450.00 | | |
| 7225 | | 2/25/2014 | 0.00 | 1,350.00 | | |
| 005238 | 5/6/2014 | DISCSCH | DISCOUNT SCHOOL SUPPLY | | 2,608.43 | Manual |
| D1923120 | | 5/2/2014 | 0.00 | 2,608.43 | | |
| 005239 | 5/6/2014 | DEPT717 | Dept of Children & Families | | 30.00 | Manual |
| ESPINO0414 | | 4/30/2014 | 0.00 | 10.00 | | |
| JABBASI | | 5/6/2014 | 0.00 | 10.00 | | |
| NADIA0414 | | 4/29/2014 | 0.00 | 10.00 | | |
| 005240 | 5/7/2014 | ALLS270 | All State Benefits | | 2,841.61 | Manual |
| A020063500 | | 4/1/2014 | 0.00 | 2,841.61 | | |
| 005241 | 5/7/2014 | NJFH125 | North Jersey Friendship House | | 10,413.00 | Manual |
| 116715 | | 3/1/2014 | 0.00 | 2,615.00 | | |
| 116809 | | 3/7/2014 | 0.00 | 2,615.00 | | |
| 116832 | | 3/14/2014 | 0.00 | 2,615.00 | | |
| 116880 | | 3/21/2014 | 0.00 | 2,568.00 | | |
| 005242 | 5/7/2014 | TROOP53 | Trooper Foods | | 2,500.00 | Manual |
| 625582-39 | | 3/7/2014 | 0.00 | 694.05 | | |
| 629067 | | 4/3/2014 | 0.00 | 1,109.03 | | |
| 629161 | | 4/4/2014 | 0.00 | 696.92 | | |
| 005243 | 5/7/2014 | WORGJO | JOHN J. WORGUL | | 334.74 | Manual |
| EXP0414 | | 4/30/2014 | 0.00 | 334.74 | | |
| 005244 | 5/7/2014 | PV4970 | PASSAIC VALLEY WATER COMMISSIO | | 308.69 | Manual |
| 4970-0314 | | 3/12/2014 | 0.00 | 308.69 | | |
| 005245 | 5/12/2014 | UNITED | United Sales USA Corp. | | 1,429.72 | Manual |
| 14439 | | 5/7/2014 | 0.00 | 1,429.72 | | |
| 005246 | 5/16/2014 | CONLJEF | JEFFREY A CONLON | | 600.00 | Manual |
| 040414AM | | 4/4/2014 | 0.00 | 300.00 | | |
| 041114AM | | 4/11/2014 | 0.00 | 300.00 | | |
| 005247 | 5/16/2014 | TRENK34 | Trenk, Dipasquale, Della Fera | | 26,213.00 | Manual |
| RET051514 | | 5/15/2014 | 0.00 | 26,213.00 | | |
| 005248 | 5/16/2014 | PREMSUP | PREMIER SUPPLIES | | 644.93 | Manual |
| 1546898-0 | | 12/10/2013 | 0.00 | 279.80 | | |
| 1547609-0 | | 12/4/2013 | 0.00 | 28.00 | | |
| 1557738-0 | | 1/13/2014 | 0.00 | 28.00 | | |
| 1568452-0 | | 2/10/2014 | 0.00 | 28.00 | | |
| 1573072-0 | | 2/24/2014 | 0.00 | 281.13 | | |
| 005249 | 5/16/2014 | KBK | KBK MULTI SERVICES | | 1,130.00 | Manual |
| 7275 | | 5/6/2014 | 0.00 | 1,130.00 | | |
| 021879 | 4/22/2014 | PSE5105 | PSE&G CO. | | 4,000.00 | Manual |
| 6010029263 | | 3/1/2014 | 0.00 | 4,000.00 | | |
| 042414 | 4/24/2014 | VERIWIR | VERIZON WIRELESS | | 72.99 | Manual |
| 9721797292 | | 3/13/2014 | 0.00 | 72.99 | | |
| 042514 | 4/25/2014 | CABLEV1 | CABLEVISION | | 106.47 | Manual |
| 0787216203 | | 3/1/2014 | 0.00 | 21.57 | | |
| 1620380414 | | 4/1/2014 | 0.00 | 84.90 | | |
| 043277 | 2/28/2014 | PSE5105 | PSE&G CO. | | 1,500.00 | Manual |
| 6047023704 | | 1/31/2014 | 0.00 | 1,500.00 | | |
| 050614 | 5/6/2014 | DICARLO | DICARLO DISTRIBUTORS C/O | | 815.08 | Manual |
| 2137222 | | 8/3/2012 | 0.00 | 815.08 | | |
| 050814 | 5/8/2014 | CONCENT | CONCENTRA MEDICAL CENTERS | | 190.50 | Manual |
| 507994370 | | 2/12/2014 | 0.00 | 50.50 | | |
| 508011761 | | 2/20/2014 | 0.00 | 139.50 | | |
| 508027170 | | 3/4/2014 | 0.00 | 0.50 | | |
| 107248 | 5/5/2014 | HOR1738 | Horizon Blue Cross Blue Shield | | 8,536.39 | Manual |

Payment History Report
Sorted By Check Number
Activity From: 2/14/2014 to 5/16/2014

North Jersey Community C.C.A., Inc. (NCC)

Bank Code:   A  CITY NAT 005403073

| Check Number/ Invoice Number | Check Date | Vendor Number Invoice Date | Name Discount Amount | Invoice Amount | Check Amount | Check Type |
|---|---|---|---|---|---|---|
| 047896506 | 3/28/2014 | | 0.00 | 8,536.39 | | |
| 109703 | 5/7/2014 | HOR1738 | Horizon Blue Cross Blue Shield | | 1,761.25 | Manual |
| 047737496 | | 3/17/2014 | 0.00 | 1,761.25 | | |
| 123811 | 4/22/2014 | PV4968 | PASSAIC VALLEY WATER COMMISSIO | | 510.99 | Manual |
| 52909-9496 | | 3/11/2014 | 0.00 | 510.99 | | |
| 227309 | 4/7/2014 | IPFS564 | IPFS Corporation | | 2,690.40 | Manual |
| 70066-0314 | | 3/13/2014 | 0.00 | 1,355.20 | | |
| 70066-0414 | | 4/3/2014 | 0.00 | 1,335.20 | | |
| 237911 | 4/16/2014 | MARKEL | Markel Insurance Company | | 13,945.49 | Manual |
| AUTO0414 | | 3/27/2014 | 0.00 | 170.00 | | |
| COMM-0414 | | 3/28/2014 | 0.00 | 11,630.00 | | |
| UMB0414 | | 3/27/2014 | 0.00 | 2,145.49 | | |
| 348037 | 4/28/2014 | BROANET | BROADVIEW NETWORKS | | 110.49 | Manual |
| 15394252 | | 1/27/2014 | 0.00 | 40.21 | | |
| 15425849 | | 2/27/2014 | 0.00 | 35.16 | | |
| 15464802 | | 3/27/2014 | 0.00 | 35.12 | | |
| 360368 | 5/6/2014 | CONCENT | CONCENTRA MEDICAL CENTERS | | 700.00 | Manual |
| 507638911 | | 8/16/2013 | 0.00 | 172.00 | | |
| 507652254 | | 8/21/2013 | 0.00 | 172.00 | | |
| 507694687 | | 9/13/2013 | 0.00 | 139.50 | | |
| 507752629 | | 10/14/2013 | 0.00 | 62.00 | | |
| 507852275 | | 12/2/2013 | 0.00 | 108.50 | | |
| 507876602 | | 12/11/2013 | 0.00 | 46.00 | | |
| 362533 | 5/7/2014 | CONCENT | CONCENTRA MEDICAL CENTERS | | 700.00 | Manual |
| 507876602 | | 12/11/2013 | 0.00 | 126.00 | | |
| 507888970 | | 12/18/2013 | 0.00 | 172.00 | | |
| 507938862 | | 1/15/2014 | 0.00 | 32.50 | | |
| 507994370 | | 2/12/2014 | 0.00 | 369.50 | | |
| 445100 | 5/6/2014 | AMTRUST | Amtrust North America, Inc | | 4,451.00 | Manual |
| RWC3300509 | | 7/16/2013 | 0.00 | 4,451.00 | | |
| 449378 | 4/7/2014 | PSE5105 | PSE&G CO. | | 3,900.00 | Manual |
| 6010029263 | | 3/1/2014 | 0.00 | 1.29 | | |
| 6017028228 | | 2/19/2014 | 0.00 | 3,898.71 | | |
| 635957 | 3/31/2014 | VERIWIR | VERIZON WIRELESS | | 67.99 | Manual |
| 9720081558 | | 2/13/2014 | 0.00 | 67.99 | | |
| 697894 | 4/7/2014 | WASTMAN | WASTE MANAGEMENT OF NJ INC | | 1,152.94 | Manual |
| 2569697-13 | | 2/1/2014 | 0.00 | 1,152.94 | | |
| 697903 | 5/6/2014 | WASTMAN | WASTE MANAGEMENT OF NJ INC | | 1,152.94 | Manual |
| 2573180- | | 3/1/2014 | 0.00 | 1,152.94 | | |
| 913116 | 4/14/2014 | VER12Y | VERIZON | | 71.18 | Manual |
| 9737420228 | | 2/4/2014 | 0.00 | 71.18 | | |
| 919408 | 4/14/2014 | VER94Y | VERIZON | | 392.67 | Manual |
| 9736842278 | | 2/25/2014 | 0.00 | 392.67 | | |
| 919522 | 4/14/2014 | VER68Y | VERIZON | | 192.83 | Manual |
| 9732782627 | | 2/19/2014 | 0.00 | 192.83 | | |
| | | | Bank A Total: | | 233,349.68 | |

Payment History Report
Sorted By Check Number
Activity From: 2/14/2014 to 5/16/2014

North Jersey Community C.C.A., Inc. (NCC)

Bank Code:    C  City Nat Payroll 3065

| Check Number/ Invoice Number | Check Date | Vendor Number Invoice Date | Name Discount Amount | Invoice Amount | Check Amount | Check Type |
|---|---|---|---|---|---|---|
| 102719 | 4/9/2014 | HOR1738 | Horizon Blue Cross Blue Shield | | 7,611.90 | Manual |
| 047474072 | | 3/11/2014 | 0.00 | 7,611.90 | | |
| | | | Bank C Total: | | 7,611.90 | |
| | | | Report Total: | | 240,961.58 | |

# United States Bankruptcy Court
## District of New Jersey

In re   **North Jersey Community Coordinated Child Care Agency, Inc.**          Case No.   **14-20256 (DHS)**
_____            Chapter   **11**
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept         $        **11,486.92**

   Prior to the filing of this statement I have received     $        **11,486.92**

   Balance Due                     $         **0.00**

2. $ **1,213.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor   □ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor   □ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June 3, 2014**                _____
                            Sam Della Fera, Jr.
                            Trenk, DiPasquale, Della Fera & Sodono, P.C.
                            347 Mount Pleasant Avenue
                            Suite 300
                            West Orange, NJ 07052
                            973-243-8600  Fax: 973-243-8677

---

## United States Bankruptcy Court
### District of New Jersey

In re    **North Jersey Community Coordinated Child Care Agency, Inc.**    Case No.    **14-20256 (DHS)**

Debtor

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chairman of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 3, 2014**

Signature    *Michael S. Lillo*

**Michael Lillo**
**Chairman**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### District of New Jersey

In re    __North Jersey Community Coordinated Child Care Agency, Inc.__     Case No.    __14-20256 (DHS)__
<br>                                            Debtor(s)              Chapter     __11__

## VERIFICATION OF CREDITOR MATRIX

I, the Chairman of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

A.B. Richards, Inc.
PO Box 72
Commack, NY 11725


Accountemps
12400 Collections Center Drive
Chicago, IL 60693


Advanced Land Management
PO Box 17
Towaco, NJ 07082


Aetna, Inc.
PO Box 804735
Chicago, IL 60680-4180


Airtron Technology, Inc.
81 19th Avenue
Paterson, NJ 07513


All State Benefits
PO Box 678227
Dallas, TX 75267-8227


All Week Plumbing and Heating
100 L Outwater Lane
Garfield, NJ 07026


Amtrust North America, Inc.
PO Box 318004
Cleveland, OH 44131-8004


Arrow Elevator Incorporated
4 Cecilia Court
Vernon, NJ 07462


Assistant Attorney General
Department of Justice - Tax Division
Civil Trial Section, Eastern Region
PO Box 227, Ben Franklin Station
Washington, DC 20044

Attorney General's Office
State of New Jersey, Division of Law
Richard J. Hughes Justice Complex
25 Market Street, PO Box 112
Trenton, NJ 08625-0112


Bertone Piccini, LLP
777 Terrace Avenue, Suite 201
Hasbrouck Heights, NJ 07604


Cablevision
PO Box 371378
Pittsburgh, PA 15250-7378


Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693-0149


Capital A Leasing, Inc.
One Penn Plaza
PO Box 6323
New York, NY 10119


Chemtec Pest Control Corp.
186 Saddle River Road
Saddle Brook, NJ 07663


City National Bank of New Jersey
900 Broad Street
Newark, NJ 07192


City of Paterson
Revenue Collection Division
City Hall
Paterson, NJ 07505


Closeout Solutions, LLC
Attn. Morton R. Covitz, Esq.
400 Sylvan Avenue
Englewood Cliffs, NJ 07632


Cole Schotz Meisel Forman & Leonard
Court Plaza North
25 Main Street
PO Box 800
Hackensack, NJ 07602-0800

Concentra Medical Centers
Occupational Health Center of NJ
PO Box 8750
Elkridge, MD 21075-8750


Connell Foley LLP
Attn. Brendan Judge, Esq.
The Atrium, Suite E
309 Morris Avenue
Spring Lake, NJ 07762


DiCarlo Distributors
Attn. Aron, Sadowsky & Marks, Inc.
580 Sylvan Avenue
Suite 1B
Englewood Cliffs, NJ 07632


Driscoll Foods
174 Delawanna Avenue
Clifton, NJ 07014


e.com Technologies
11 Melanie Lane
Suite 9
East Hanover, NJ 07936


Fein, Such, Kahn & Shepard, P.C.
Attn. Philip A. Kahn, Esq.
7 Century Drive, Suite 201
Parsippany, NJ 07054


First Student, Inc.
90 Kingsland Avenue
Clifton, NJ 07014


Group Health & Benefit Administration
PO Box 422
Worcester, MA 01613-9922


Hanover Insurance Company
PO Box 580045
Charlotte, NC 28258-0045


Horizon Blue Cross Blue Shield
PO Box 1738
Newark, NJ 07101-1738

Internal Revenue Service
Special Procedures Branch
Attn. Bankruptcy Section
PO Box 744
Springfield, NJ 07081-0744


Internal Revenue Service
District Director
955 South Springfield Avenue
PO Box 724
Springfield, NJ 07081


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


IPFS Corporation
24722 Network Place
Chicago, IL 60673-1247


J M Sorge, Inc.
Environmental Consultants
57 Fourth Street
Somerville, NJ 08876


Jeffrey A. Conlon
31 Knollwood Drive
Totowa, NJ 07512


John Jay Hoffman, Acting Atty General
State of New Jersey - Div. of Law
Office of the Attorney General
PO Box 080
Trenton, NJ 08625-0080


Joseph A. Pojanowski, III, Esq.
Attn. Bertone Piccini, LLP
777 Terrace Avenue, Suite 201
Hasbrouck Heights, NJ 07604


KBK Multi Services
266 Edmund Avenue
Paterson, NJ 07502

Lamb Financial Group
145 W. 45th Street
New York, NY 10036


Markel Insurance Company
PO Box 79652
Baltimore, MD 21279-0652


Merchant Services, Inc.
9012 Research Drive
Suite 200
Irvine, CA 92618


Meyner and Landis LLP
Attn. William J. Fiore, Esq.
One Gateway Center
Suite 2500
Newark, NJ 07102


Meyner and Landis LLP
Attn. Scott T. McCleary, Esq.
One Gateway Center
Suite 2500
Newark, NJ 07102


Mike Williams Productions
PO Box 213
Summit, NJ 07902-0213


North Jersey Friendship House
125 Atlantic Street
Hackensack, NJ 07601


Office Needs
PO Box 5804
1120 Raritan Road
Clark, NJ 07066


Office of the Chief Counsel
Internal Revenue Service
SB/SE Division
One Newark Center, Suite 1500
Newark, NJ 07102

Olson Restoration, LLC
dba Servpro of Greater Boulder
697 S. Pierce Avenue
Louisville, CO 80027


Passaic Valley Water Commission
1525 Main Avenue
Attn. William C.
Clifton, NJ 07011


Paterson Public Schools
Accounting Department
90 Delaware Avenue
Fourth Floor
Paterson, NJ 07513


Paychex, Inc.
Paychex LOC 76
Department 7101
Carol Stream, IL 60122-7101


Premier Supplies
460 West 34th Street
5th Floor
New York, NY 10001


PSE&G
PO Box 14106
New Brunswick, NJ 08906-4106


PSE&G
PO Box 14444
New Brunswick, NJ 08906-4444


Reliable Office Systems & Supplies, Inc.
4442 Arthur Kill Road
Staten Island, NY 10309


Ricoh Americas Corporation
PO Box 4245
Carol Stream, IL 60197-4245


Ricoh USA, Inc.
PO Box 827577
Philadelphia, PA 19182-7577

S4F Inc.
dba Centipede Network
PO Box 150
Owasso, OK 74055


Simontacchi Miller & DeAngelis
170 East Main Street
Rockaway, NJ 07866


State of New Jersey
NJ Economic Development Authority
36 West State Street
PO Box 990
Trenton, NJ 08625


State of New Jersey
Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245


State of New Jersey
Division of Taxation
Sales & Use Tax
PO Box 999
Trenton, NJ 08625


State of New Jersey
Division of Taxation - Gross Income Tax
50 Barrack Street
PO Box 269
Trenton, NJ 08625


State of New Jersey
Dept of Labor - Div of Employer Accounts
Attn. Stanley A. Cooper
PO Box 379
Trenton, NJ 08625


State of New Jersey
Dept of Environmental Protection
PO Box 402
401 E. State Street, East Wing
Trenton, NJ 08625-0402

State-Operated School District of
the City of Paterson
90 Delaware Avenue
Paterson, NJ 07503


TD Bank, N.A.
1701 Route 70 East
Cherry Hill, NJ 08034


Teschon Riccobene & Siss P.A.
327 Godwin Avenue
Midland Park, NJ 07432


The Hon. Eric H. Holder, Jr.
Attorney General of the U.S.
US. Dept. of Justice
950 Pennsylvania Avenue N.W.
Washington, DC 20530


Trooper Foods
53-08 108th Street
Corona, NY 11368


Turtle Back Zoo
560 Northfield Avenue
West Orange, NJ 07052


United Sales USA Corp.
185 30th Street
Brooklyn, NY 11232


United States Atorney
970 Broad Street, Fifth Floor
Newark, NJ 07102


US Environmental Protection Agency
Region 2
290 Broadway, 17th Floor
New York, NY 10007-1866


USA Security Services, Inc.
207 Lodi Street
Hackensack, NJ 07601

Verizon
PO Box 4833
Trenton, NJ 08650-4833


Verizon Wireless
PO Box 408
Newark, NJ 07101-0408


Waste Management of NJ, Inc.
Waste Management Northeast
PO Box 13648
Philadelphia, PA 19101-3648


Wells Fargo Bank, N.A.
1200 Montego Way
Walnut Creek, CA 94598

# United States Bankruptcy Court
## District of New Jersey

In re  __North Jersey Community Coordinated Child Care Agency, Inc.__      Case No.  __14-20256 (DHS)__

Debtor(s)      Chapter  __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __North Jersey Community Coordinated Child Care Agency, Inc.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 3, 2014**
Date

Sam Della Fera, Jr.
Signature of Attorney or Litigant
Counsel for   North Jersey Community Coordinated Child Care Agency, Inc.

**Trenk, DiPasquale, Della Fera & Sodono, P.C.**
**347 Mount Pleasant Avenue**
**Suite 300**
**West Orange, NJ 07052**
**973-243-8600 Fax:973-243-8677**